IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE A. FRYSON,

    Petitioner,

v.                                    CASE NO. 4:04-cv-00455-MP-AK

JAMES V. CROSBY,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 16, Motion to Extend Time to File Reply, by Maurice A. Fryson. For good cause shown, the Court finds the motion is well taken, and it is **GRANTED**. Petitioner shall file his reply no later than **July 8, 2005**.

**DONE AND ORDERED** this 9th day of June, 2005.

                              s/ A. KORNBLUM
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**